

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

_____

No. 02-24-00058-CV

_____

IN RE JACOB CORRELL, TIMOTHY KEIDEL, AND KCM EXTERIORS, LLC,
Relators

Original Proceeding
342nd District Court of Tarrant County, Texas
Trial Court No. 342-349859-24

Before Bassel, Birdwell, and Wallach, JJ.
Per Curiam Memorandum Opinion

## MEMORANDUM OPINION

The court has considered relators' petition for writ of mandamus and motion for emergency relief and is of the opinion that relief should be denied. Accordingly, relators' petition for writ of mandamus and motion for emergency relief are denied.

Per Curiam

Delivered: February 8, 2024